# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID JOHNSON, | Civil Action No. 04-73170 |
| Plaintiff(s), | District Judge Nancy G. Edmunds |
| v. | Magistrate Judge Virginia M. Morgan |
| ATLAS COPCO TOOLS & ASSEMBLY SYSTEMS, INC., | |
| Defendant(s). | |

## ORDER RENDERING PLAINTIFF'S MOTION TO COMPEL THE SCHEDULING OF DEPOSITIONS WITHDRAWN

This matter is before the Court on the above-titled motion. On **August 16, 2005**, counsel for the moving party advised the Court that the motion had been resolved by the parties. Therefore, PLAINTIFF'S MOTION TO COMPEL THE SCHEDULING OF DEPOSITIONS is deemed WITHDRAWN.

**SO ORDERED**.


Dated: August 16, 2005

s/ Virginia M. Morgan
VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE


**Copies sent by U.S. mail or electronic means this date to:**

Andrew T. Baran, William Hooth, Cary McGhee, and Michael L. Pitt